1  John C Kakinuki
   State Bar No. 118741
2  Kakinuki Law Office, PC
   1050 Northgate Dr, Ste 270
3  San Rafael, CA 94903
   Telephone: (415) 492-2011
4  Facsimile: (415) 492-2012
   john@kakinukilaw.com
5
   *Counsel for Plaintiffs and the Proposed Classes*
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

| NOW MICRO, INC., VOYAGER TECHNOLOGY SOLUTIONS, LLC, IT WORX, INC., WILLOW BAY COMPUTER SOLUTIONS LLC, MICHAEL MEDEIROS, Plaintiffs, v. HUTCHINSON TECHNOLOGY INC., MAGNECOMP PRECISION TECHNOLOGY PUBLIC CO. LTD., MAGNECOMP CORPORATION, NAT PERIPHERAL (DONG GUAN) CO., LTD., NAT PERIPHERAL (H.K.) CO., LTD., NHK SPRING CO. LTD., NHK INTERNATIONAL CORPORATION, NHK SPRING (THAILAND) CO., LTD., SAE MAGNETICS (H.K.) LTD., AND TDK CORPORATION, Defendants. | Case No. 3:20-cv-2796<br><br>Related to: MDL No. 2918<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Filed Under Seal Pursuant to Hawaii Revised Statute § 480-13.3(a)(1)** |
|---|---|

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**[P. 1, LINE 27, THROUGH P. 46, LINE 16, REDACTED FROM ORIGINAL.]**

//

| | |
|---|---|
| Dated: April 22, 2020 | /s/ John C Kakinuki |
| | John C Kakinuki |
| | **KAKINUKI LAW OFFICE, PC** |
| | 1050 Northgate Dr, Ste 270 |
| | San Rafael, CA 94903 |
| | Telephone: (415) 492-2011 |
| | Facsimile: (415) 492-2012 |
| | john@kakinukilaw.com |
| | |
| | Jonathan W. Cuneo |
| | Victoria Sims |
| | Joel Davidow |
| | Daniel Cohen |
| | **CUNEO GILBERT & LaDUCA, LLP** |
| | 4725 Wisconsin Ave., NW, Suite 200 |
| | Washington, DC 20016 |
| | Telephone: (202) 789-3960 |
| | jonc@cuneolaw.com |
| | joel@cuneolaw.com |
| | danielc@cuneolaw.com |
| | vicky@cuneolaw.com |
| | |
| | Shawn M. Raiter |
| | LARSON • KING, LLP |
| | 2800 Wells Fargo Place |
| | 30 East Seventh Street |
| | St. Paul, MN  55101 |
| | Telephone: (651) 312-6500 |
| | sraiter@larsonking.com |
| | |
| | *Attorneys for Plaintiffs and the Proposed Classes* |